UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WAYNE RODRICK  JURY TRIAL DEMANDED

v.  CASE NO.  3:06CV

RESURGENT CAPITAL SERVICES, LIMITED PARTNERSHIP

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant communicated with plaintiff or others in an effort to collect a delinquent personal account plaintiff allegedly had with Household.

7. Plaintiff notified defendant's agents or related companies that he was represented by counsel in and after 2001.

8. Defendant's communications to plaintiff, including one dated 10-10-06, violated the FDCPA.

FIRST COUNT

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -e, -f, or -g.

SECOND COUNT

10. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer

Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

    11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                                                          THE PLAINTIFF

                                                                          BY__/s/ Joanne S. Faulkner__
                                                                          JOANNE S. FAULKNER ct04137
                                                                          123 AVON STREET
                                                                          NEW HAVEN, CT 06511-2422
                                                                          (203) 772-0395
                                                                          j.faulkner@snet.net